```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/31/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME GLEICHER,

                Plaintiff,

-against-

ROGER S. HABER,

                Defendant.

22 Civ. 10053 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated January 30, 2023. ECF Nos. 14–15. Accordingly, Defendant's request for an extension to file a motion to dismiss is GRANTED. By **February 7, 2023**, Defendant shall file his premotion letter in accordance with the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: January 31, 2023
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge