UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME GLEICHER,

                Plaintiff,

      -against-

ROGER S. HABER,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/14/2023
```

22 Civ. 10053 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated February 7 and 13, 2023. ECF Nos. 21–22. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **March 21, 2023**, Defendant shall file his motion;
3. By **April 11, 2023**, Plaintiff shall file her opposition;
4. By **April 25, 2023**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge