UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME GLEICHER,

                              Plaintiff,

                 -against-

ROGER S. HABER,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/13/2023

22 Civ. 10053 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated March 6 and 10, 2023.  ECF Nos. 24–25.
Accordingly:

1. Defendant's request to stay discovery is DENIED.  The Court will not stay discovery
   pending its decision on any motion.  *See* ECF No. 20 ¶ 5.
2. Defendant's request to extend the discovery deadlines is DENIED, without prejudice to
   renewal.

SO ORDERED.

Dated: March 13, 2023
      New York, New York

                                                  ANALISA TORRES
                                          United States District Judge