UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME GLEICHER,

                Plaintiff,

-against-

ROGER S. HABER,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2023_
```

22 Civ. 10053 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order dated May 10, 2023. *See* ECF No. 33. The Court shall not retain jurisdiction to enforce the order after the termination of litigation. *See id.* ¶ 23. Accordingly, by **May 18, 2023**, the parties shall file a revised proposed protective order.

    SO ORDERED.

Dated: May 11, 2023
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge