```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIE GLEICHER,

                Plaintiff,

-against-

ROGER S. HABER,

                Defendant.

22 Civ. 10053 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 5, 2023, the Court scheduled a Case Management Conference for October 17, 2023. ECF No. 32. The parties were required to file a joint status letter not later than one week in advance of the Conference. ECF No. 20 ¶ 16. That submission is now overdue.

    Accordingly, the Case Management Conference scheduled for October 17, 2023, is ADJOURNED *sine die*.

    Further, fact discovery closed on October 2, 2023. ECF No. 32. The parties are reminded that any pre-motion letters for leave to file a motion for summary judgment are due within fourteen (14) days of the close of fact discovery. ECF No. 20 ¶¶ 8, 16.

    SO ORDERED.

Dated: October 11, 2023
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge